IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIAL TATE,<br>        Plaintiff,<br>vs.<br>BLECHINGER, et al.,<br>        Defendants. | Case No. 2:06-cv-02901 JKS KJM P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On March 16, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has not filed objections to the findings and recommendations.

Specifically, the magistrate judge recommended dismissal because Plaintiff failed to comply with the Court's direction to file, within 30 days, a complete application to proceed in forma pauperis. The Court has reviewed the file and notes that Plaintiff has still not complied with the direction to file a complete application. The Court therefore finds dismissal appropriate. *See* Local Rule 11-110; Fed. R. Civ. P. 41(b).

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations filed March 16, 2007, are adopted in full;

2. This action is dismissed without prejudice; and

3. The Clerk shall enter judgment accordingly.

Dated this the 21st day of February 2008.

                                                    /s/ James K. Singleton, Jr.
                                                    **JAMES K. SINGLETON, JR.**
                                                    United States District Judge